E-FILED
Monday, 19 November, 2012  05:00:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS, *ex rel* VANESSA ABSHER and LYNDA MITCHELL,<br><br>        Plaintiffs,<br><br>v.<br><br>MOMENCE MEADOWS NURSING CENTER, INC., and JACOB GRAFF, individually,<br><br>        Defendants. | Case No. 04 C 2289<br><br>Judge Harold A. Baker |

## CERTIFICATE OF SERVICE

I, Robin Potter**,** hereby certify that on November 19, 2012, I electronically filed this **Certificate of Service to Plaintiffs' Rule 26(E) Request for Supplementation** with the Clerk of the Court using the CM/ECF system.  Said requests were sent by electronic and First Class Mail to the parties listed below.

William J. Brinkmann, Esq.
Richard R. Harden, Esq.
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
wjbrinkm@tmh-law.com
riharden@tmh-law.com

Bradley Hart, Esq.
Patricia Phillips, Esq.
Assistant Attorney General
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
bhart@atg.state.il.us
ptinch@atg.state.il.us

Eric I. Long, Esq.
United States Attorney's Office
Civil Division-Illinois
318 South Sixth Street
Springfield, IL 62701
eric.long@usdoj.gov

Richard Scharlat, Esq.
Locke, Lord, Bissell & Liddell, LLP
3 World Financial Center
New York, New York 10281
rscharlat@lockelord.com

By:    /s/ Robin Potter